IN THE UNITED STATES BANKUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:   In Proceedings Under
Chapter 13

ALICE F SIMON

Bk. No.: 05-30777

Debtor(s)

REPORT OF COMPLETION OF PLAN AND

REQUEST TO TERMINATE WAGE ORDER AND FOR ENTRY OF DISCHARGE

Russell Simon, Trustee, reports to the Court:

1. The debtor(s) has/have completed his/her/their payments to the trustee, and any other duties to the trustee required by the plan.

2. The debtor(s) is/are entitled to a discharge.

3. Any order in force to an employer, or other payor of income, or to the debtor(s), to make plan payments to the trustee may and should be terminated.

/s/ Russell Simon

Russell Simon, Trustee

Dated: Friday, October 10, 2008

Russell Simon
Chapter 13 Trustee
P. O. Box 24100
Belleville, IL  62223-9100
(618) 277-0086

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED, including the debtor(s), this day of Friday, October 10, 2008, with the correct postage prepaid and deposited in the U. S. Mail in Belleville, Illinois.

ALICE F SIMON
802 S HAMILTON
MARISSA, IL 62257

/s/ Steve