IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE:
  ALICE F SIMON                                                 CASE NO: 05-30777
  802 S HAMILTON                                         JUDGE KENNETH J. MEYERS
  MARISSA, IL  62257

DATE: 12/04/2008

  A/K/A
                      Debtor(s)
  SSN(1) XXX-XX-0251       SSN(2)

TRUSTEE'S FINAL REPORT
AND ACCOUNT

      RUSSELL SIMON, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

    1.   The case was filed on 02/25/2005 and confirmed on 05/10/2005.
The case was subsequently COMPLETED on 10/08/2008.

    2.   The amount paid to the Trustee by or on behalf of the debtor(s) was $15,000.00.

    3.   The Trustee made disbursements to creditors as follows:

| CREDTIOR Name | Class | CLAIM AMT | PRIN PD | INT PD | BALANCE |
|---|---|---|---|---|---|
| AFNI/VERIZON | UNSECURED | 1,227.21 | 1,180.55 | 0.00 | 46.66 |
| AMEREN IP | UNSECURED | 1,306.99 | 1,257.29 | 0.00 | 49.70 |
| ARGENT HEALTHCARE FINANCIAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| BELLEVILLE RADIOLOGIST LTD | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| BRICE RIDDLE GROUP PC | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| CARDIOLOGY CONSULTANTS | UNSECURED | 427.14 | 410.90 | 0.00 | 16.24 |
| CHECK PLEASE OF SPARTA | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSUMER COLLECTION MANAGEME | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| DUGAN & CARLS RADIOLOGISTS LTD | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Paid outside | 0.00 | 0.00 | 0.00 | 0.00 |
| GRINNELL MUTUAL REINSURANCE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| IL ENT ASSOC PC | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOS EYE NOSE & THROAT | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| JEAN MARS | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 600.00 | 577.19 | 0.00 | 22.81 |
| MARK S FELDMAN MD | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| MARVIN SIMON | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| MEMORIAL HOSPITAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| MEMORIAL HOSPITAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| METABOLIC SOLUTIONS INC | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO HEALTHCARE SERV | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| PCH COLLECTIBLES | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES BENEFIT LIFE INS | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD CENTER | UNSECURED | 749.13 | 720.65 | 0.00 | 28.48 |
| PRIMUS FINANCIAL SERVICES | SECURED | 3,125.00 | 3,125.00 | 144.82 | 0.00 |
| PRIMUS FINANCIAL SERVICES | UNSECURED | 45.41 | 43.68 | 0.00 | 1.73 |
| PUBLISHERS CLEARING HOUSE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| RMCB | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| SKYE ALEXANDER | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| SLUCARE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| SPARTA COMMUNITY HOSPITAL | UNSECURED | 117.00 | 112.55 | 0.00 | 4.45 |

| CREDTIOR Name | Class | CLAIM AMT | PRIN PD | INT PD | BALANCE |
|---|---|---:|---:|---:|---:|
| SPARTA COMMUNITY HOSPITAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| SPARTA COMMUNITY HOSPITAL DIST | UNSECURED | 4,377.40 | 4,210.96 | 0.00 | 166.44 |
| SPARTA HOSPITAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALTY MERCHANDISE CORP | UNSECURED | 112.50 | 108.22 | 0.00 | 4.28 |
| ST CLAIR ANESTHESIA LTD | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| ST ELIZABETH HOSPITAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| ST. CLEMENT HOSPITAL | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| THE CASH STORE | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM A. MUELLER | ATTORNEY | 300.00 | 300.00 | 0.00 | 0.00 |
| WILLIAM R CASPERSON | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCE CORP | Not filed | 0.00 | 0.00 | 0.00 | 0.00 |

4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---:|---:|---:|---:|---:|
| CLAIM AMT | 63,125.00 | 300.00 | 8,962.78 | 0.00 | 72,387.78 |
| PRINCIPAL PAID | 3,125.00 | 300.00 | 8,621.99 | 0.00 | 12,046.99 |
| INTEREST PAID | 144.82 | 0.00 | 0.00 | 0.00 | 144.82 |

5. Costs of administration:

THE CLERK HAS NOT BEEN PAID INSIDE THE PLAN FOR THE FILING FEE..
The debtor's attorney was allowed $1,894.00 and was paid $1,894.00.
The Trustee was paid $791.19 pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $0.00.
Other administrative expenses paid total $123.00.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper. I certify that the above Chapter 13 case was fully administered.

cc:  ALICE F SIMON

/s/ Russell Simon
RUSSELL SIMON